| AO 10*<br>Rev. 1/2013 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2012** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>LENARD, JOAN A. | 2. Court or Organization<br><br>DISTRICT COURT, SOUTHERN DISTRICT OF FL | 3. Date of Report<br><br>03/31/2013 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. DISTRICT JUDGE - ACTIVE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2012<br>to<br>12/31/2012 |
| 7. Chambers or Office Address<br><br>400 NORTH MIAMI AVENUE<br>SUITE 12-1<br>MIAMI, FLORIDA 33128 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1996 | STATE OF FLORIDA RETIREMENT PLAN (VESTED) |
| 2. 1996 | STATE OF FLORIDA DEFERRED COMPENSATION ACCOUNT |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| LENARD, JOAN A. | 03/31/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2012 | ADJUNCT FACULTY,UNIV. OF MIAMI SCHOOL OF LAW |
| 2. | 2012 | GENERAL COUNSEL, MIAMI-DADE LEAGUE OF CITIES |
| 3. | 2012 | CITY OF NORTH MIAMI BEACH DEFINED BENEFIT PENSION |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **LENARD, JOAN A.** | 03/31/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | FIRSTSOUTHERN BANK, CITY NATIONAL BANK | WAREHOUSE PROPERTIES | P1 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LENARD, JOAN A. | 03/31/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. WELLS FARGO BANK | A | Interest | K | T | | | | | |
| 2. WELLS FARGO BANK #2 | A | Interest | K | T | | | | | |
| 3. WELLS FARGO BANK #3 | A | Interest | L | T | | | | | |
| 4. WELLS FARGO BANK #4 | C | Interest | M | T | | | | | |
| 5. BBT BANK (formerly BANK ATLANTIC) | C | Interest | M | T | | | | | |
| 6. BBT BANK #2 | A | Interest | J | T | | | | | |
| 7. FIRST SOUTH. BANK | C | Interest | O | T | | | | | |
| 8. 1ST BANK | C | Interest | O | T | | | | | |
| 9. MERCANTIL COMMERCEBANK(X) | C | Interest | M | T | | | | | |
| 10. AMERICAN EXPRESS BANK,FSB(X) | A | Interest | M | T | | | | | |
| 11. ING DIRECT | B | Interest | M | T | | | | | |
| 12. CITY NATIONAL BANK(X) | A | Interest | M | T | Open | 6/27/12 | M | | |
| 13. VANGUARDPRIME MONEY MARKET FUND | A | Dividend | M | T | | | | | |
| 14. VANGUARD TAX-EXEMPT MONEY MARKET FUND | B | Dividend | N | T | | | | | |
| 15. VANGUARD FLORIDA INSURED LONG TERM TAX-EXMPT FUND | C | Dividend | M | T | | | | | |
| 16. VANGUARD HIGH YIELD TAX-EXEMPT FUND | C | Dividend | M | T | | | | | |
| 17. NORTHEAST INV. TRUST | D | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LENARD, JOAN A. | 03/31/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. STOCKS/SECURITIES | | | | | | | | | |
| 19. DETROIT EDISON-COMMON | B | Dividend | L | T | | | | | |
| 20. NI SOURCE-COMMON | B | Dividend | K | T | | | | | |
| 21. GYRODYNE CO'S.-COMMON | | None | J | T | | | | | |
| 22. AT&T-COMMON | B | Dividend | K | T | | | | | |
| 23. LSI LOGIC CORP.-COMMON | | None | J | T | | | | | |
| 24. AT&T- COMMON | B | Dividend | L | T | | | | | |
| 25. BOEING-COMMON | C | Dividend | M | T | | | | | |
| 26. CMS ENERGY-COMMON | A | Dividend | J | T | | | | | |
| 27. CONS. EDISON-COMMON | A | Dividend | J | T | | | | | |
| 28. BANK OF AMERICA-COMMON | A | Dividend | J | T | | | | | |
| 29. CHEMTURA CORP.-COMMON | | None | J | T | | | | | |
| 30. DYNEGY ENERGY-COMM | | None | J | T | | | | | |
| 31. DUFF & PHELEPS-COMMON | A | Dividend | J | T | | | | | |
| 32. NEXTERA ENERGY-COMMON | A | Dividend | J | T | | | | | |
| 33. INTEL CORP.-COMMON | A | Dividend | K | T | | | | | |
| 34. ALCATEL LUCENT-COMMON | | None | J | T | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 | |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | | |
| | U =Book Value | V =Other | W =Estimated | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LENARD, JOAN A. | 03/31/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. NOKIA CORP.-COMMON | A | Dividend | J | T | | | | | |
| 36. DREYFUS MUNICIPAL INCOME-COMMON | A | Dividend | J | T | | | | | |
| 37. WESTERN ASSET MANAGED MUNICIPALS FUND,INC.-COMMON(X) | A | Dividend | J | T | | | | | |
| 38. MERCK-COMMON | A | Dividend | K | T | | | | | |
| 39. VODAPHONE-COMMON | A | Dividend | K | T | | | | | |
| 40. VERIZON COMM.-COMMON | A | Dividend | J | T | | | | | |
| 41. ENTERGY CORP.-COMMON | A | Dividend | J | T | | | | | |
| 42. CENTURYLINK,INC. | A | Dividend | J | T | | | | | |
| 43. AT&T-COMMON | A | Dividend | K | T | | | | | |
| 44. CISCO-COMMON | A | Dividend | M | T | | | | | |
| 45. ORACLE-COMMON | A | Dividend | L | T | | | | | |
| 46. BBX CAPITAL CORP. (formerly BANK ATLANTIC)-COMMON(X) | | None | J | T | | 8/6/12 | | | NAME CHANGE |
| 47. BLACKROCK FL MUNICIPAL FUND | B | Interest | K | T | | | | | |
| 48. SPANISH BROADCASTING SYSTEM-COMMON | | None | J | T | | | | | |
| 49. COMCAST CORP.-COMMON | A | Dividend | J | T | | | | | |
| 50. BFC FINANCIAL CORP.-COMMON | | None | J | T | | | | | |
| 51. EATON VANCE MUNICIPAL MUTUAL FUND | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LENARD, JOAN A. | 03/31/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. INVESTMENT PROJECTS | | | | | | | | | |
| 53. PIER ONE IMPT/OCALA,FL | D | Rent | L | U | | | | | |
| 54. COMM'L DEVLP/LEHMN,NORTH MIAMI BEACH,FL | E | Rent | N | U | | | | | |
| 55. NMB CMMRC CTR.LLC,NORTH MIAMI BEACH,FL | F | Rent | P1 | U | | | | | |
| 56. SELECT FUNDING ASSOC.,FL | A | Interest | J | T | | | | | |
| 57. SELECT ATTLEB.,OCALA,FL | D | Rent | L | U | | | | | |
| 58. RETIREMENT ACCOUNTS | | | | | | | | | |
| 59. OPPENHEIMER FUNDS:M/MF # 1 | B | Interest | K | T | | | | | |
| 60. OPPENHEIMER FUNDS:GNMA # 2 | C | Dividend | K | T | | | | | |
| 61. WELLS FARGO FUND/EQUITY | | None | K | T | | | | | |
| 62. WELLS FARGO FUND/VALUE | | None | J | T | | | | | |
| 63. FEDERATED KAUFMANN FUND | | None | K | T | | | | | |
| 64. FIDELITY (IRA) | A | Interest | K | T | | | | | |
| 65. THORNBERG MORTGAGE,INC. | | None | J | T | | | | | |
| 66. LADENBURG THALMANN FINANCIAL SERVICES,INC. | | None | J | T | | | | | |
| 67. OPKO HEALTH,INC. | | None | J | T | | | | | |
| 68. GENERAL ELECTRIC-COMMON | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LENARD, JOAN A. | 03/31/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. WINDSTREAM CORP.-COMMON | A | Dividend | J | T | | | | | |
| 70. PVR PARTNERS LP (formerlyPENN. VA. RESOURCE) PARTNERS-COMMON | A | Dividend | J | T | | 8/27/12 | | | NAME CHANGE |
| 71. CONOCO PHILLIPS-COMMON | A | Dividend | J | T | | | | | |
| 72. PHILLIPS 66-COMMON(X) | A | Dividend | J | T | Spinoff (from line 71) | 5/1/12 | J | | |
| 73. DOMINION RESOURCES BLACK WARRIOR TRUST-COMMON(X) | A | Dividend | J | T | | | | | |
| 74. FL-DEF. BEN.PNSN.(VESTED) | | None | M | W | | | | | |
| 75. FL-DEFFERR.COMP.PLN | A | Interest | L | T | | | | | |
| 76. ICMA-457 DEF.COMP. | D | Interest | M | T | | | | | |
| 77. FIDELITY ANNUITY | | None | N | T | | | | | |
| 78. OPPENHEIMER FDS:M/MF #1 | B | Interest | K | T | | | | | |
| 79. OPPENHEIMER FDS:GMMA #2 | B | Dividend | K | T | | | | | |
| 80. FIDELITY CASH RES. | A | Interest | J | T | | | | | |
| 81. CHEMTURA-COMMON | | None | J | T | | | | | |
| 82. ENTERGY CORP.-COMMON | A | Dividend | J | T | | | | | |
| 83. ALCATEL LUCENT-COMMON | | None | J | T | | | | | |
| 84. EDISON INT.-COMMON | A | Dividend | J | T | | | | | |
| 85. UNS ENERGY CORP.(formerly UNISOURCE)-COMMON(x) | A | Dividend | J | T | | 5/14/12 | | | NAME CHANGE |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LENARD, JOAN A. | 03/31/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. CISCO-COMMON | A | Dividend | J | T | | | | | |
| 87. HEWLETT-PACKARD- COMMON | A | Dividend | J | T | | | | | |
| 88. GENERAL ELECTRIC-COMMON | A | Dividend | J | T | | | | | |
| 89. OTHER ACCOUNTS | | | | | | | | | |
| 90. CON.EDISON-COMMON | C | Dividend | M | T | | | | | |
| 91. WENDY'S ARBY GROUP,INC. | A | Dividend | J | T | | | | | |
| 92. TIM HORTONS | A | Dividend | J | T | | | | | |
| 93. U.S.SAVINGS BONDS | B | Interest | K | T | | | | | |
| 94. ISRAEL SAVINGS BONDS | A | Interest | K | W | | | | | |
| 95. FL PREPAID TUITION PLAN | | None | J | W | Redeemed (part) | 01/20/12 | J | | |
| 96. CHEMTURA CORP.-COMMON | | None | J | T | | | | | |
| 97. COCACOLA ENT.-COMMON | A | Dividend | J | T | | | | | |
| 98. BBX CAPITAL CORP.(formerly BK ATLANTIC)-COMMON(X) | | None | J | T | | | | | |
| 99. VIACOM-COMMON | A | Dividend | J | T | | | | | |
| 100. CBS-COMMON | A | Dividend | J | T | | | | | |
| 101. DELL INC.-COMMON | | None | J | T | | | | | |
| 102. SEMPRA ENERGY-COMMON | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LENARD, JOAN A. | 03/31/2013 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. CONSTELLATION ENERGY-COMMON | A | Dividend | | | Merged (with line 108) | 4/15/12 | J | | |
| 104. DISNEY CORP.-COMMON | A | Dividend | J | T | | | | | |
| 105. BP AMOCO -COMMON | A | Dividend | J | T | | | | | |
| 106. FRONTIER COMM.-COMMON | A | Dividend | J | T | | | | | |
| 107. DAIMLER AG-COMMON | A | Dividend | J | T | | | | | |
| 108. EXELON CORP.-COMMON | A | Dividend | J | T | | | | | |
| 109. NORTHEAST UTILITIES-COMMON | A | Dividend | J | T | | | | | |
| 110. PG & E CORP.-COMMON | B | Dividend | L | T | | | | | |
| 111. CISCO -COMMON | A | Dividend | K | T | | | | | |
| 112. COMCAST-COMMON | A | Dividend | J | T | | | | | |
| 113. PFIZER-COMMON | A | Dividend | J | T | | | | | |
| 114. CITIGROUP-COMMON | A | Dividend | J | T | | | | | |
| 115. ENERPLUS RESOURCE FUND(X) | A | Dividend | J | T | | | | | |
| 116. BCE,INC.-COMMON | A | Dividend | J | T | | | | | |
| 117. WASTE MANAGEMENT-COMMON | A | Dividend | J | T | | | | | |
| 118. CONSTELLATION ENERGY-COMMON | A | Dividend | J | T | | | | | |
| 119. DUKE ENERGY-COMMON | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LENARD, JOAN A. | 03/31/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. ENTERPRISE PRODUCTS PARTNERS-COMMON | A | Dividend | J | T | | | | | |
| 121. CENTERPOINT ENERGY-COMMON | A | Dividend | J | T | | | | | |
| 122. GLAXOSMITHKLEIN-COMMON | A | Dividend | J | T | | | | | |
| 123. NCR CORP-COMMON | A | Dividend | J | T | | | | | |
| 124. TERADATA CORP.-COMMON | A | Dividend | J | T | | | | | |
| 125. MICROSOFT CORP.-COMMON | A | Dividend | J | T | | | | | |
| 126. NUVEEN ADVANTAGE MUNICIPAL FUND | A | Dividend | J | T | | | | | |
| 127. CELLCOM ISRAEL LTD.-COMMON | A | Dividend | J | T | | | | | |
| 128. PV PARTNERSLP(formerly PENN. VA. RESOURCE) | A | Dividend | J | T | | 8/27/12 | | | NAME CHANGE |
| 129. TEEKAY TANKERS,INC.-COMMON | A | Dividend | J | T | | | | | |
| 130. NEW YORK COMMUNITY BANK CORP.-COMMON | A | Dividend | J | T | | | | | |
| 131. VALERO ENERGY CORP.-COMMON | A | Dividend | J | T | | | | | |
| 132. BERKSHIRE HATHAWAY /B-COMMON | | None | J | T | | | | | |
| 133. ANNALY CAPITAL MANAGEMENT, INC.-COMMMON(X) | A | Dividend | J | T | | | | | |
| 134. FREEPORT McMORAN COOPER&GOLD,INC-COMMON(X) | A | Dividend | J | T | Buy | 2/8/12 | J | | |
| 135. ARCOS DORADOS HOLDINGS,INC-COMMON(X) | A | Dividend | J | T | Buy | 4/3/12 | J | | |
| 136. PROCTOR&GAMBLE CORP.-COMMON(X) | A | Dividend | J | T | Buy | 6/27/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LENARD, JOAN A. | 03/31/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. CHESAPEAKE ENERGY CORP.-COMMON(X) | A | Dividend | J | T | Buy | 6/27/12 | J | | |
| 138. KRAFT FOODS,INC.-COMMON(X) | A | Dividend | J | T | Buy | 6/28/12 | J | | SPLIT INTO 139&140-10/1/12 |
| 139. KRAFT FOOD GROUP,INC.-COMMON(X) | A | Dividend | J | T | Spinoff (from line 138) | 10/1/12 | J | | |
| 140. MONDELEZ INTL.,INC.-COMMON(X) | A | Dividend | J | T | Spinoff (from line 138) | 10/1/12 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LENARD, JOAN A. | 03/31/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ JOAN A. LENARD**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544